IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DANNY K. PARKER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| ROCKIES EXPRESS PIPELINE LLC, SHEEHAN PIPE LINE CONSTRUCTION COMPANY, ALEGION INC, and BRANDENBURG DRAINAGE INC., | ) ) ) ) ) ) ) |
| Defendants. | ) |

Case No. 1:11-cv-0139-SEB-DML

**ORDER DISMISSING DEFENDANTS, PE BEN, USA, INC. AND
SHAW PIPELINE SERVICES INC., WITHOUT PREJUDICE**

Plaintiff, Danny K. Parker, has filed with the Court his Motion to Dismiss Defendants, Pe Ben, USA, Inc. and Shaw Pipeline Services Inc., without Prejudice.

The Court, having read said motion and being duly advised, GRANTS Plaintiff's motion.

IT IS THEREFORE ORDERED that Defendants, Pe Ben, USA, Inc. and Shaw Pipeline Services Inc., is DISMISSED from this case without prejudice and that the case caption is AMENDED to reflect the dismissal of these Defendants from this case.

Date: __10/15/2012_____

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution attached.

Copies to:

Yasmin L. Stump
Patrick O. Sabo
J. Eric Rochford
YASMIN L. STUMP LAW GROUP, PC
Three Meridian Plaza, Suite 100
10333 North Meridian Street
Indianapolis, IN 46290
yasmin@yasminstumplaw.com
patrick@yasminstumplaw.com
eric@yasminstumplaw.com

Anthony S. Ridolfo
Joseph M. Hendel
HACKMAN HULETT & CRACRAFT LLP
111 Monument Circle, Ste. 3500
Indianapolis, IN 46204
aridolfo@hhclaw.com
jhendel@hhclaw.com

Bruce P. Clark
Jennifer E. Davis
BRUCE P. CLARK & ASSOCIATES
7880 Wicker Avenue, Ste. 300
St. John, IN 46373
bpc@bpc-law.com
jed@bpc-law.com

Brooke L. Riffell
9801 Connecticut Drive
Crown Point, IN 46307
blriffell@kopkalaw.com

Michael B. Langford
SCOPELITIS GARVIN LIGHT HANSON & FEARY, P.C.
10 West Market St., Ste. 1500
Indianapolis, IN 46204
mlangford@scopelitis.com

Thomas C. Hays
Valerie L. Hughs
LEWIS WAGNER, LLP
501 Indiana Ave., Ste. 200
Indianapolis, IN 46202-6150
thays@lewiswagner.com
vhughs@lewiswagner.com

2

Edward J. Liptak
CARSON BOXBERGER LLP
3100 John Hinkle Place, Ste. 106
Bloomington, IN 47408
liptak@boxberger.com